UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No. 5:26-cv-04781 DSR Date: September 4, 2026

Title **Omar Mosqueda Lara v. David J. Venturella, et al.**

Present: The Honorable: Daniel S. Roberts, United States Magistrate Judge

| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW RE FAILURE TO ANSWER PETITION AND SHOW CAUSE WHY THE WRIT OF HABEAS CORPUS SHOULD NOT BE GRANTED**

Petitioner, an immigration detainee at the Adelanto ICE Detention Center, initiated this case on August 21, 2026, by filing his Petition for Writ of Habeas Corpus. See Doc. No. 1. On August 23, 2026, the Court entered the Notice of General Order 26-05. See Doc. No. 6. Therein, the Court directed Respondents "to show cause why the writ of habeas corpus should not be granted," and set an expedited briefing schedule. Id. Under that schedule, counsel for Respondents were required to file a Notice of Appearance no later than August 26, 2026, and Respondents were ordered to file their Answer to the Petition no later than August 31, 2026. Id.

To date, Respondents have not filed either of these required documents.

Respondents are hereby ORDERED TO SHOW CAUSE in writing, no later than **9:00 a.m. on September 8, 2026**, why they have failed to comply with the Court's order requiring them to file a Notice of Appearance and an Answer and show cause why the habeas petition should not be granted. Respondents may do so by either filing the Notice of Appearance and an Answer – in which they address ALL claims and bases alleged in the Petition – or by filing a sworn Declaration showing good cause for their failure to comply with the Court's August 23rd Order and a commitment to a date by which they will file the required documents.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-04781 DSR Date: September 4, 2026

Title **Omar Mosqueda Lara v. David J. Venturella, et al.**

FAILURE TO RESPOND TO THIS ORDER MAY BE TREATED AS A CONCESSION THAT PETITIONER IS ENTITLED TO THE RELIEF SOUGHT, OR AT LEAST THAT THE FACTUAL ALLEGATIONS IN THE PETITION ARE TRUE.

If Respondents timely file an Answer to the Petition, Petitioner may file a Reply thereto within three days of service of that Answer, after which the case will be taken under submission for decision without oral argument, unless otherwise ordered by the Court.

cc: Daniel.Beck@usdoj.gov

:

**Initials of Preparer** LK